**Appeal Dismissed and Memorandum Opinion filed January 16, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-24-00134-CV

_____

**TEXAS DEPARTMENT OF PUBLIC SAFETY AND FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellants**

**V.**

**KENNETH F. SANDERS, Appellee**

**On Appeal from the 53rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-20-000990**

## MEMORANDUM OPINION

This appeal was assigned to the Fifteenth Court of Appeals; however, the Travis County District Clerk subsequently filed a letter advising that the notice of appeal was filed with this court in error and the appeal should have been assigned

to the Third Court of Appeals.  Because this cause was erroneously assigned to this court, we dismiss the appeal.

                                    PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.